FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

TEMPORARY LEADER, CANADIAN DUAL CITIZENS (C.A.D.C)
OBIOMA CHUKWU (LEADER U.S.D.C) COMPLAINT

(Enter above the full name of the plaintiff in this action)

RECEIVED

v.

DR, MC FARLAND (FEMALE)
PSYCHOLOGICAL EVALUATOR
FROM NEW-JERSEY / VIA PUBLIC DEFENDER.

Civil Action No. _____
FEB - 9 2023
(To be supplied by the Clerk of the Court)
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

(Enter the full name of the defendant of defendants in this action)

## INSTRUCTIONS; READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of $52.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

2 PAGES

2. **Previously Dismissed Federal Civil Actions or Appeals**

   If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

   a. Parties to previous lawsuit:

      Plaintiff(s): OBIOMA CHUKWU

      Defendant(s): ~~DR, ACCAHACCAHROD~~
      PUBLIC RECORDS

   b. Court and docket number: AVAILABLE / 3-23-CV-00429-GC-TJB

   c. Grounds for dismissal: ( ) frivolous   ( ) malicious

      (✓) failure to state a claim upon which relief may be granted

   d. Approximate date of filing lawsuit: 12/30/22

   e. Approximate date of disposition: 1/30/23

   If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? MERCER COUNTY JAIL

4. Parties

   (In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

   a. Name of plaintiff: OBIOMA CHUKWU

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

___Yes   ✓ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

_____
_____
_____
_____

If your answer is "No," briefly explain why administrative remedies were not exhausted.

WAITING FOR $ TO COMPLETE PAYMENTS. PAPERWORK CAN GET LOST, IF NOT TURNED IN, AS IT GOT LOST BEFORE, IT TOOK 2 MONTHS AGAIN TO OBTAIN PAPER.

6. Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

① DID TEST RESULTS A DAY LATER THAN COURT STATED

② DENIED QUESTION OF DATE STATED BY COURT

(10) BULLYING USING PSYCHOLOGY.

(11) (ESCUSEME) AMERICAN MIND FUKIN ME, USING ENGLISH MEANWHILE, I WAS FIRST IN ENGLISH CLASS 6 YEAR

(12) MIS-USING MY STATEMENTS ON FEDERAL AGENT COMMENT BY TEXT.

8. Do you request a jury or non-jury trial? (Check only one)

(✓) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

~~Signed this~~ FEBRUARY ~~day of~~ 2 , 20~~2~~23

_____
Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).